| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Gropper, Allan L. | 2. Court or Organization US Bankruptcy Court | 3. Date of Report 05/14/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

US Bankruptcy Court, Alexander
Hamilton Custom House,
1 Bowling Green, NY, NY 10004

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee (to 6/2013); Honorary Trustee (from 6/2013) | The Browning School |
| 2. Treasurer and Member of Executive Committee | Association of the Bar of the City of New York |
| 3. Treasurer and Member, Board of Directors | Association of the Bar of the City of New York Fund, Inc. |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/1/00 | White & Case LLP Retirement Income Plans (former law firm; no control) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 05/14/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Fordham Law School (teaching) | $5,000.00 |
| 2. | 2013 | Retirement income from White & Case LLP Retirement Income Plan | $41,517.00 |
| 3. | 2013 | INSOL International (teaching) | $2,828.00 |
| 4. | 2013 | White & Case Unfunded Pension Plan | $98.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Columbia University (salary) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 02/07/2013-02/08/2013 | Miami, FL | Seminar and program | Transportation, meals, lodging |
| 2. | The National Academies | 04/01/2013-04/01/2013 | Washington, DC | Seminar and program | Transportation, meal |
| 3. | INSOL International | 05/17/2013-05/22/2013 | The Hague, Netherlands | Seminar and program | Transportation, meals, lodging |
| 4. | Turnaround Management Association | 10/03/2013-10/04/2013 | Washington, DC | Seminar and program | Transportation, meals, lodging |
| 5. | Univ. of Pennsylvania Law School | 10/07/2013-10/07/2013 | Philadelphia, PA | Teaching class | Transportation |
| 6. | Bay Area Bankruptcy Forum | 10/15/2013-10/16/2013 | San Francisco, CA | Seminar and program | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 05/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Manhattan Bank Account | A | Interest | J | T | | | | | |
| 2. Keybank | A | Interest | M | T | | | | | |
| 3. DNG Acquisition Group LLC | D | Distribution | J | U | | | | | |
| 4. Sheridan Properties I, LLC | | None | J | U | | | | | |
| 5. Sheridan Equity Partners | | None | J | U | | | | | |
| 6. Trust u/w/o ▮▮▮▮▮ | E | Int./Div. | O | T | | | | | |
| 7. -US Treasury Notes | | | | | | | | | |
| 8. - Allstate Corp. stock | | | | | | | | | |
| 9. - Exxon Mobil Corp. stock | | | | | | | | | |
| 10. - General Mills stock | | | | | | | | | |
| 11. - NYS Environmental Facs Corp. Bond | | | | | Redeemed | 08/12/13 | K | A | |
| 12. - Royal Dutch Petroleum stock | | | | | | | | | |
| 13. -Tax Exempt Securities Trust | | | | | | | | | |
| 14. -Vanguard Tax Managed Balanced Fund | | | | | | | | | |
| 15. - Worldwide Golf Resources stock | | | | | | | | | |
| 16. - Nassau County Swr Fin Auth Bond | | | | | | | | | |
| 17. -Vanguard Life Strategy Inc. Fund | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Longleaf Partners Inc. Fund | | | | | Sold (part) | 01/24/13 | J | B | |
| 19. -Longleaf Partners Inc. Fund | | | | | Sold (part) | 02/25/13 | J | B | |
| 20. -Longleaf Partners Inc. Fund | | | | | Sold (part) | 03/25/13 | J | B | |
| 21. -Longleaf Partners Inc. Fund | | | | | Sold (part) | 04/24/13 | J | B | |
| 22. -Longleaf Partners Inc. Fund | | | | | Sold (part) | 05/24/13 | J | B | |
| 23. -Longleaf Partners Inc. Fund | | | | | Sold (part) | 06/24/13 | J | B | |
| 24. -Longleaf Partners Inc. Fund | | | | | Sold (part) | 07/24/13 | J | B | |
| 25. - Bay Shore NY School Dist Bond | | | | | Redeemed | 12/26/13 | K | | |
| 26. - Met. Transp. Auth 5.25% Bond | | | | | | | | | |
| 27. - NYC Ser C-1 5.25% Bond | | | | | | | | | |
| 28. - NYC Ser C-1 5.25% Bond | | | | | | | | | |
| 29. - NYC Ser E 5.0% Bond | | | | | | | | | |
| 30. - NYC Ser K 4.0% Bond | | | | | | | | | |
| 31. -Vanguard Index Fund Short Term | | | | | Sold | 06/06/13 | K | A | |
| 32. - Vanguard World Utilities | | | | | | | | | |
| 33. -Vanguard Whitehall High Dividend Fund | | | | | | | | | |
| 34. -Vanguard Energy Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -NYC Health Hosp Corp Rfdg Ser A | | | | | | | | | |
| 36. -Wisconsin St. Rfdg Ser 1 | | | | | | | | | |
| 37. -Tilson Dividend Fund | | | | | | | | | |
| 38. -PIMCO Unconstrained Bond Fund | | | | | Sold | 12/16/13 | K | | |
| 39. -PIMCO All Asset All Authority Fund | | | | | Sold (part) | 11/13/13 | K | | |
| 40. -FPA Crescent Portfolio Fund | | | | | Buy (add'l) | 06/06/13 | K | | |
| 41. -Vanguard Life Income Fund | | | | | | | | | |
| 42. -Clarence NY Cent Sch Dist Series B 4.375% | | | | | | | | | |
| 43. -NYC Ser N 5.0% Bond | | | | | | | | | |
| 44. -Vanguard REIT Index Fund | | | | | Buy | 01/31/13 | K | | |
| 45. -Westchester Co. Bond | | | | | Buy | 12/17/13 | K | | |
| 46. -Dutchess Co. Water Auth. Bond | | | | | Buy | 10/01/13 | J | | |
| 47. -NYS Dormitory Auth. Revs. St. Bond | | | | | Buy | 09/27/13 | J | | |
| 48. --NYS Dormitory Auth Revs. Non-St | | | | | Buy | 10/23/13 | K | | |
| 49. -NYS Twy Auth. Second Gen.Hwy | | | | | Buy | 02/27/13 | K | | |
| 50. -Rush-Henrietta NY School Dist. Bond | | | | | Buy | 04/09/13 | J | | |
| 51. Pershing LLC Fund (FDIC Insured Bank Deposits) | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Exxon Mobil Corp. stock | C | Dividend | M | T | | | | | |
| 53. Allstate Corp. stock | A | Dividend | K | T | | | | | |
| 54. Brown Forman stock | A | Dividend | K | T | | | | | |
| 55. Costco Wholesale Corp stock | A | Dividend | K | T | | | | | |
| 56. Johnson & Johnson stock | A | Dividend | K | T | | | | | |
| 57. Vanguard Health Care Fund | A | Dividend | K | T | | | | | |
| 58. Vanguard Dividend Growth Income Fund | B | Dividend | M | T | | | | | |
| 59. Vanguard Tax Managed Small Cap Fund | A | Dividend | J | T | | | | | |
| 60. Vanguard Total International Fund | B | Dividend | L | T | | | | | |
| 61. Vanguard Index Fund-Short Term | A | Dividend | | | Sold | 06/11/13 | K | | |
| 62. Vanguard High Yield Corp. Fund | A | Dividend | K | T | Sold (part) | 06/11/13 | J | A | |
| 63. Vanguard Wellesley Income Fund | A | Dividend | K | T | | | | | |
| 64. PIMCO Unconstrained Bond Fund | A | Dividend | | | Sold | 06/11/13 | L | B | |
| 65. Amherst NY Rfdg Bond | A | Interest | | | Redeemed | 06/11/13 | K | B | |
| 66. NYS Dorm. Auth Fin. Authority Bonds | A | Interest | | | Redeemed | 06/11/13 | J | B | |
| 67. Berkshire Hathaway | | None | L | T | | | | | |
| 68. NYS Twy Auth Ser A 5.0% | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Port Auth NY&NJ 4.25% Bond | A | Interest | J | T | | | | | |
| 70. Port Auth NY&NJ 5.0% Bond | A | Interest | J | T | | | | | |
| 71. Charles Schwab IRA | G | Int./Div. | P1 | T | | | | | |
| 72. -Schwab US Treas. Money Fund | | | | | | | | | |
| 73. -Blackrock GNMA | | | | | Sold (part) | 02/14/13 | M | | |
| 74. -Blackrock GNMA | | | | | Sold | 05/15/13 | N | | |
| 75. -Managers Bond Fund | | | | | Sold | 06/24/13 | N | D | |
| 76. -Dodge & Cox Income Fund | | | | | | | | | |
| 77. -DoubleLine Total Return Bond Fund | | | | | Sold (part) | 06/07/13 | N | D | |
| 78. -FPA New Income Fund | | | | | Sold | 10/22/13 | N | | |
| 79. -Federated Strategic Income Fund | | | | | Sold (part) | 03/15/13 | M | D | |
| 80. -Federated Strategic Income Fund | | | | | Sold | 06/07/13 | M | B | |
| 81. -Ivy High Income Fund | | | | | Sold (part) | 06/21/13 | M | D | |
| 82. -Ivy High Income Fund | | | | | Buy (add'l) | 03/15/13 | M | | |
| 83. -Oakmark Equity & Income Fund | | | | | Sold (part) | 06/21/13 | M | D | |
| 84. -Oakmark Equity & Income Fund | | | | | Buy (add'l) | 10/22/13 | M | | |
| 85. - Vanguard STAR Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Vanguard Wellington Fund | | | | | | | | | |
| 87. -Vanguard Growth & Income Fund | | | | | | | | | |
| 88. - Vanguard Explorer Fund | | | | | | | | | |
| 89. - Vanguard Equity Fund | | | | | | | | | |
| 90. - Vanguard 500 Index Fund | | | | | | | | | |
| 91. -Angel Oak Multi-Strategy Income Fund A | | | | | Buy | 05/15/13 | N | | |
| 92. -Angel Oak Multi-Strategy Income Fund A | | | | | Sold (part) | 07/18/13 | M | | |
| 93. -Angel Oak Multi-Strategy Income Fund A | | | | | Buy (add'l) | 10/22/13 | M | | |
| 94. -Gateway Index Plus Fund | | | | | Buy | 06/07/13 | N | | |
| 95. -Guggenheim Floating Rate Stategies Fund A | | | | | Buy | 08/01/13 | N | | |
| 96. -Invesco Floating Rate Fund Cl A | | | | | Buy | 07/19/13 | N | | |
| 97. -T.Rowe Price Capital Appreciation | | | | | Buy | 09/11/13 | N | | |
| 98. -T.Rowe Price Capital Appreciation | | | | | Buy (add'l) | 10/22/13 | M | | |
| 99. -Westwood Income Opportunity Fund Cl A | | | | | Buy | 02/14/13 | N | | |
| 100. NYS 529 College Savings Account (no control) | A | Dividend | J | T | | | | | |
| 101. -Mid-Cap Stock Index Portfolio | | | | | | | | | |
| 102. -Small-Cap Stock Index Portfolio | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Bond Market Index Portfolio | | | | | | | | | |
| 104. Columbia Univ SIP | B | Dividend | N | T | Buy addtl | 01/31/13 | J | | |
| 105. Charles Schwab IRA | D | Int./Div. | O | T | | | | | |
| 106. - Schwab US Treas. Money Fund | | | | | | | | | |
| 107. -American High Income Bond Fund | | | | | Sold (part) | 06/07/13 | J | A | |
| 108. -Anerican High Income Bond Fund | | | | | Sold (part) | 06/21/13 | J | A | |
| 109. -American High Income Bond Fund | | | | | Sold (part) | 06/21/13 | J | A | |
| 110. -American High Income Bond Fund | | | | | Sold (part) | 06/24/13 | J | A | |
| 111. -American Funds Capital Income Builder | | | | | Sold (part) | 06/20/13 | J | A | |
| 112. -American Funds Capital Income Builder | | | | | Buy (add'l) | 10/22/13 | J | | |
| 113. -Bond Fund of America | | | | | Sold (part) | 03/11/13 | J | B | |
| 114. -Bond Fund of America | | | | | Sold | 05/29/13 | J | A | |
| 115. -Federated Bond Fund | | | | | Sold | 06/20/13 | K | B | |
| 116. -Loomis Sayles Bond Fund | | | | | Sold (part) | 06/06/13 | J | A | |
| 117. -Metropolitan West Total Return Bond Fund | | | | | | | | | |
| 118. -PIMCO Foreign Bond D | | | | | | | | | |
| 119. -PIMCO Total Return D | | | | | Sold (part) | 02/28/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -PIMCO Total Return D | | | | | Sold | 06/03/13 | J | | |
| 121.  -Gateway Index Plus Fund | | | | | Sold | 04/25/13 | K | C | |
| 122.  -Rydex Healthcare Fund | | | | | | | | | |
| 123.  -Rydex Leisure Fund | | | | | Sold (part) | 11/19/13 | J | B | |
| 124.  -Rydex Transportation Fund | | | | | Buy (add'l) | 01/31/13 | J | | |
| 125.  -Rydex Transportation Fund | | | | | Sold (part) | 02/05/13 | J | B | |
| 126.  -DWS High-Yield Fund | | | | | | | | | |
| 127.  -Cohen & Steers Realty Shares | | | | | Sold | 05/31/13 | J | A | |
| 128.  -DoubleLine Total Return Bond Fund | | | | | Sold | 09/05/13 | K | | |
| 129.  -Permanent Portfolio Fund | | | | | Sold (part) | 04/16/13 | J | | |
| 130.  -Permanent Portfolio Fund | | | | | Sold | 05/14/13 | J | | |
| 131.  -Franklin Utilities Series Cl A | | | | | Sold | 06/20/13 | J | | |
| 132.  -Schwab U.S. Broad Market ETF | | | | | | | | | |
| 133.  -iShares Gold Trust | | | | | Buy | 08/20/13 | J | | |
| 134.  -iShares Gold Trust | | | | | Sold | 10/14/13 | J | | |
| 135.  -BlackRock Global Allocation | | | | | Buy | 06/05/13 | J | | |
| 136.  -BlackRock Global Allocation | | | | | Sold (part) | 06/24/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Cullen High Dividend Equity Fund Retail | | | | | Buy | 03/12/13 | K | | |
| 138. -Cullen High Dividend Equity Fund Retail | | | | | Buy (add'l) | 03/27/13 | K | | |
| 139. -Invesco Comstock Fund | | | | | Buy | 06/04/13 | J | | |
| 140. -Invesco Comstock Fund | | | | | Buy (add'l) | 07/09/13 | J | | |
| 141. -Invesco Comstock Fund | | | | | Buy (add'l) | 09/11/13 | J | | |
| 142. -Rydex Consumer Products Fund | | | | | Buy | 07/22/13 | K | | |
| 143. -Rydex Consumer Products Fund | | | | | Buy (add'l) | 08/01/13 | J | | |
| 144. -Rydex Inverse Gov/t Long Bond Fund | | | | | Buy | 05/29/13 | J | | |
| 145. -Rydex Inverse Gov't Long Bond Fund | | | | | Buy (add'l) | 06/20/13 | J | | |
| 146. -Rydex Inverse Gov't Long Bond Fund | | | | | Sold (part) | 06/26/13 | J | A | |
| 147. -Rydex Inverse Gov't Long Bond Fund | | | | | Buy (add'l) | 08/01/13 | J | | |
| 148. -Rydex Inverse Gov't Long Bond Fund | | | | | Sold (part) | 09/18/13 | K | A | |
| 149. -Rydex Inverse Gov't Long Bond Fund | | | | | Buy (add'l) | 10/15/13 | J | | |
| 150. -Rydex Inverse Gov't Long Bond Fund | | | | | Sold | 10/17/13 | K | | |
| 151. -Rydex Inverse High Yield Strategy H Fund | | | | | Buy | 02/13/13 | K | | |
| 152. -Rydex Inverse High Yield Strategy H Fund | | | | | Buy (add'l) | 06/03/13 | J | | |
| 153. -Rydex Inverse High Yield Strategy H Fund | | | | | Sold | 07/18/13 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -ProFunds Short Real Estate Fund | | | | | Buy | 06/06/13 | J | | |
| 155. -ProFunds Short Real Estate Fund | | | | | Buy (add'l) | 06/20/13 | J | | |
| 156. -ProFunds Short Real Estate Fund | | | | | Sold (part) | 06/27/13 | J | A | |
| 157. -ProFunds Short Real Estate Fund | | | | | Sold (part) | 07/11/13 | K | | |
| 158. -ProFunds Short Real Estate Fund | | | | | Buy (add'l) | 08/21/13 | J | | |
| 159. -ProFunds Short Real Estate Fund | | | | | Sold (part) | 09/18/13 | J | | |
| 160. -ProFunds Short Real Estate Fund | | | | | Buy (add'l) | 11/07/13 | K | | |
| 161. -T. Rowe Price Capital Appreciation Fund | | | | | Buy | 04/25/13 | K | | |
| 162. -Vanguard Emerging Market Fund | | | | | Buy | 10/24/13 | K | | |
| 163. -Vanguard Emerging Market Fund | | | | | Buy (add'l) | 11/18/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gropper, Allan L. | 05/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 104    These are monthly contributions to a SIP account by automatic deductions from a paycheck. No further information is available.

Part VII, Line 131    In my 2012 report, line 144 (Franklin Utilities Series CI A) showed "Sold." The entry should have shown "Sold (part)".

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Allan L. Gropper**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544